ORIGINAL

JOHN D. MARSHALL    3720-0
ASB Tower, Suite 740
1001 Bishop Street
Honolulu, Hawaii 96813-3429
Telephone:    (808) 523-3834
Facsimile:    (808) 545-1835
E-mail:    lawyer@hawaiilaw.com

RICHARD H. NICOLAIDES, JR.
JONATHAN T. VINER
*BATES & CAREY, LLP*
191 North Wacker Drive-Suite 2400
Chicago, Illinois 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200
E-mail: rnicolaides@batescarey.com
       jviner@batescarey.com

Attorneys for **Plaintiff NEW HAMPSHIRE INSURANCE COMPANY**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 31 2006

at 2 o'clock and 25 min P M
SUE BEITIA, CLERK

LODGED

MAR 31 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br><br>          Plaintiff,<br>vs.<br><br>SEVEN SEAS SEAFOODS, INC., CHRIS LIN, WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.,<br><br>          Defendants. | CIVIL NO. CV04 00346 ACK<br>(Declaratory Judgment)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between all parties who have appeared in this action, through their respective counsel and pursuant to Rules 41 (a) (1) (ii) of the

Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice, with each party bearing its own attorney's fees and costs.

This Stipulation has been signed by all parties who have appeared in this action. There are no remaining claims or issues.

DATED: Honolulu, Hawaii, MAR 3 1 2006.

_____
JOHN D. MARSHALL, ESQ.
RICHARD H. NICOLAIDES, JR., ESQ.
JONATHAN T. VINER, ESQ.
Attorneys for Plaintiff **NEW HAMPSHIRE INSURANCE COMPANY**

_____
MILTON M. YASUNAGA, ESQ.
Attorney for Defendants **WILLIAM R. KOWALSKI and HAWAII INTERNATIONAL SEAFOOD, INC.**

_____
MONTY K. VANDERMAY, ESQ.
Attorney for Defendants **SEVEN SEAS SEAFOODS, INC. and CHRIS LIN**

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT